**DENY and Opinion Filed November 8, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-01033-CV

## IN RE VENKY VENKATRAMAN, Relator

**Original Proceeding from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-11968**

## MEMORANDUM OPINION

Before Chief Justice Burns and Justices Partida-Kipness and Smith
Opinion by Justice Smith

In this original proceeding, relator seeks a writ of mandamus compelling the trial court to vacate its order for alternate service substituted service and its order to reappear. To obtain mandamus relief, relator must show the trial court clearly abused its discretion and that he lacks an adequate appellate remedy. *In re Copart, Inc*., 619 S.W.3d 710, 713 (Tex. 2021) (orig. proceeding) (citing *In re Prudential Ins. Co*., 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding)). After reviewing relator's petition, his supplemental filing, and the record, we conclude relator has failed to show he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a). Accordingly, we deny relator's petition on the merits.

Further, relator's appendices contain unredacted sensitive information, including the full name and date of birth of a person who was a minor at the time the underlying suit was filed, in violation of Texas Rule of Appellate Procedure 9.9. *See* TEX. R. APP. P. 9.9. Accordingly, we **STRIKE** relator's petition, supplement, and attached appendices. *See In re Lopez*, Nos. 05-22-00710-CV, 05-22-00711-CV, 2022 WL 3151976 * 1 (Tex. App.—Dallas Aug. 8, 2022, orig. proceeding) (mem. op.).

/Craig Smith/
CRAIG SMITH
JUSTICE

221033F.P05